UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| DAVID EARL BECKFORD, a/k/a | ) | |
| DAVID E. BECKFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## C O M P L A I N T

Comes Now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for said District, and for its complaint against the defendant, alleges as follows:

### PARTIES

1.      The United States is the plaintiff.

2.      That David Earl Beckford, a/k/a David E. Beckford is the defendant, an individual who resides within the Eastern District of Missouri.

### JURISDICTION AND VENUE

3.      This Court has jurisdiction over this suit under 28 U.S.C. § 1345, because the United States is the plaintiff.

4.      Venue is proper under 28 U.S.C. § 1391(b) because the defendant resides in this district.

## COUNT I

5.      On August 23, 1985, January 13, 1986, August 28, 1986, January 21, 1987,

October 16, 1987, January 15, 1988, September 14, 1988, and January 18, 1989, the defendant

executed promissory notes to secure student loans, pursuant to Title IV-E of the Higher

Education Act of 1965, 20 U.S.C. §§ 1087aa, et seq.   Attached are true and accurate copies of

the promissory notes executed by the defendant, marked Exhibits 1-8, and made a part hereof as

if set out in full.   Said notes were subsequently assigned to the United States pursuant to 20

U.S.C. § 1071(a)(1)(D); 34 C.F.R. § 682.409.

6.      That after applying any and all credits on said debt, the defendant is indebted to

the plaintiff in the principal amount of $5,608.00, plus interest on this principal computed at the

rate of 9.0 percent per annum in the amount of $8,684.43, plus any administrative costs, and

interest thereafter on this principal rate of 9.0 percent per annum until the date of judgment.

See Certificate of indebtedness attached hereto as Exhibit 9.

## COUNT II

7.      On July 14, 2003, the defendant executed a promissory note to secure a student

loan, pursuant to Title IV-D of the Higher Education Act of 1965, 20 U.S.C. §§ 1087a, et seq.

Attached is a true and accurate copy of the promissory note executed by the defendant, marked

Exhibit 10, and made a part hereof as if set out in full.   Said note was subsequently assigned to

the United States pursuant to 20 U.S.C. § 1071(a)(1)(D); 34 C.F.R. § 682.409.

8.      That after applying any and all credits on said debt, the defendant is indebted to

the plaintiff in the principal amount of $26,486.03, plus interest on this principal computed at a

rate of 4.25 percent per annum in the amount of $16,048.17, plus any administrative costs, and

interest thereafter on this principal at the rate of 4.25 percent per annum until the date of

judgment.   See Certificate of Indebtedness attached hereto as Exhibit 11.

9.      Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

### PRAYER FOR RELIEF

WHEREFORE, the plaintiff prays judgment against the defendant for the total of $52,926.63: on Count I, the principal amount of $5,608.00, plus interest at 9.0 percent per annum, which is accruing from the of the Certificate of Indebtedness to the date of judgment; and on Count II, the principal amount of $26,486.03, plus interest at 4.25 percent per annum, which is accruing from the date of the Certificate of Indebtedness to the date of judgment, plus post-judgment interest at the statutory rate as followed by law, together with costs of this action pursuant to 28 U.S.C. § 2412(a)(2), and any other costs of this action deemed just and proper.

JEFFREY B. JENSEN
United States Attorney

/s/ Joshua M. Jones
JOSHUA M. JONES #61988MO
United States Attorney's Office
111 S. 10th Street, Suite 20.333
St. Louis, Missouri 63102
(314) 539-2200

Attorneys for Plaintiff United States

# WASHINGTON UNIVERSITY
## NATIONAL DIRECT STUDENT LOAN PROGRAM
### PROMISSORY NOTE

00 1-2

SS NO 3 11  **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**

NAME 12 33  **BECKFORD,DAVID EARL**

STREET 34 55  **1012 NORTH AVALON**

CITY/STATE 56 72  **MEMPHIS**  TN .ZIP 73 77 **38107**

SEX 78  **M**      SCHOOL 79 80  **FA**

01 1-2

SS NO 3 11  **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**  XX

FUND 12 17 **76529·G**  DATE 18 23 **081685**

AMOUNT FINANCED 24 30  **$***750.00**

ANNUAL PERCENTAGE RATE 31 35  **5% (.05000)**

I, **BECKFORD,DAVID EARL**, promise to pay to Washington University, hereinafter called the lending institution, located at St Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below  I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due. However, if a collection agency which is subject to the Fair Debt Collection Practices Act is used, I will pay those collection costs which do not exceed 25% of the unpaid principal and interest

## SCHEDULE OF ADVANCES

TUITION  **$***750.00**    DORMS  **$*****.00**    OTHER  **$*****.00**    INIT **DB.**   DATE **8-23-85**

I hereby certify that I have listed below all of the National Direct Student loans (or National Defense Student loans) I have obtained at other institutions (If no prior loans have been received, state "None.")

| Amount | Date | Institution | Amount | Date | Institution |
|--------|------|-------------|--------|------|-------------|
| $ None |  |  | $ |  |  |
| $ |  |  | $ |  |  |

I further understand and agree that

I  **General**
(1) All sums advanced under this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, hereinafter called the Act, and are subject to the Act and the Federal Regulations issued under the Act  The terms of this note must be interpreted in accordance with the Act and Federal Regulations, copies of which are to be kept by the Lending Institution
(2) I understand that if I am eligible for deferment or cancellation under Articles VI through IX, I am responsible for submitting the appropriate requests on time

II  **Interest.** Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE OF **FIVE** PERCENT ( 5 %) interest on the unpaid balance except that no interest shall accrue during any deferment period described in subparagraphs VI(1) (A), (B), (C) and (D)

III  **Repayment.**
(1) Except as provided in Paragraph III(5) I promise to repay the principal and the interest which accrues on it over a period beginning 6 months after the date I cease to be at least a half time student at an institution of higher education, or at a comparable institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary), and ending, unless paragraphs III(4) or VI(1) (deferment) applies, 10 years later
(2) I may, however, request that the repayment period start on an earlier date
(3) I promise to repay the principal and interest over the course of the repayment period in equal monthly installments, as determined by the Lending Institution  However, if I request, repayments may be made in graduated installments determined in accordance with schedules approved by the Secretary  In either case, a schedule of repayment shall be attached to and made part of this note
(4) Notwithstanding paragraph III(1), if I qualify as a low income individual during the repayment period, the Lending Institution may, at my request, extend the repayment period for up to an additional 10 years or adjust any repayment schedule to reflect my income, or both
(5) (A)  I shall repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest) even though the monthly rate that would be established under paragraph III(3) is less than that amount, or if the total monthly repayment rate of all my National Direct and National Defense Loans, including this loan, is less than $30 per month)
   (B)  If I have received National Defense or National Direct Loans from other institutions and the total monthly repayment rate on those loans is less than $30, the $30 monthly rate established under subparagraph III(5) (A) is the rate I pay on all my outstanding National Defense and National Direct Loans and is not in addition to the amount I pay on those other loans
   (C)  If my monthly repayment rate is less than $30 per month under subparagraph III(5) (A) and I have received National Defense or National Direct Loans from other lending institutions, the amount of my monthly repayment rate attributable to this loan is the amount which represents the difference between $30 and the monthly rates I must pay on my other National Defense and National Direct Loans
(6) A schedule of repayment will be attached to and made part of this note
(7) The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year when necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III(1)
(8) Prepayment. I may, at my option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time  Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment  If I repay more than the amount due for any installment, the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment

IV  **Default.**
(1) If I fail to make a scheduled repayment or if I fail to file cancellation or deferment forms with the lending institution on time, the entire unpaid indebtedness including interest due and accrued thereon, plus any applicable penalty charges, will, at the option of the lending institution, become immediately due and payable
(2) I understand that if I default on my loan repayments the lending institution may disclose that I have defaulted, along with other relevant information, to credit bureau organizations
(3) Further, I understand that if I default on my loan repayments and the loan is sent to the Secretary for collection, the Secretary may disclose that I have defaulted, along with other relevant information, to credit bureau organizations

V  **Deferment.**
Interest will not accrue, and installments need not be paid --
(1) (A)  While I am enrolled and in attendance as at least a half-time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Secretary,
   (B)  For a period not in excess of 3 years during which I am --
      (i)  on full time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps, or Coast Guard), or an officer on full time active duty in the Commissioned Corps of the U.S. Public Health Service,
      (ii)  in service as a Volunteer under the Peace Corps Act,
      (iii)  a volunteer under the Domestic Volunteer Service Act of 1973,
      (iv)  a full time volunteer in a tax-exempt organization providing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973 (ACTION agency programs), or
   (C)  temporarily totally disabled as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by my spouse who is so disabled,
   (D)  For a period not in excess of two years during which time I am serving in an internship which is required in order that I may receive professional recognition required to begin my profession's practice or service, and
   (E)  During any grace period  A grace period is a six month period following (i) the date I cease to be at least a half time student at an institution of higher education, or (ii) the date the deferment described in subparagraph V(1) (A), (B) or (C) expire
(2) The Lending Institution may, upon my application, defer or reduce any scheduled repayments if, in its opinion, extraordinary circumstances such as prolonged illness or unemployment, prevent me from making such repayments  However, interest will continue to accrue

VI  **Cancellation for Teaching.**
(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service --
   (A)  as a full time teacher in a public or other non profit elementary or secondary school which is in a school district of a local educational agency which is eligible for funds under Title I of the Elementary and Secondary Education Act of 1965 and which has been designated by the Secretary in accordance with the provisions of Section 465(a) (2) of the Higher Education Act as a school with a high enrollment of students from low income families, or
   (B)  as a full time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed, orthopedically impaired, children with specific learning disabilities, or other health-impaired children who by reason thereof require special education and related services) in a public or other non profit elementary or secondary school system
(2) This loan will be cancelled at the following rates
   (A)  15 percent of the total principal amount of the loan plus interest on the unpaid balance will be cancelled for the first and second complete academic years of that teaching service,
   (B)  20 percent of the total principal amount plus interest on the unpaid balance for the third and fourth complete academic years of that teaching service, and
   (C)  30 percent of the total principal amount plus interest on the unpaid balance for the fifth complete academic year of that teaching service

VII  **Head Start Cancellation.**
(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service as a full time staff member in a Head Start program if --
   (A)  that Head Start program is operated for a period which is comparable to a full school year in the locality, and
   (B)  my salary is not more than the salary of a comparable employee of the local educational agency
(2) This loan will be cancelled at the rate of 15 percent of the total principal amount plus the interest on the unpaid balance for each complete school year or the equivalent of service in a Head Start program
(3) Head Start is a preschool program carried out under section 222(a) (1) of the Economic Opportunity Act of 1964

IX  **Military Cancellation.**
(1) I am entitled to have up to 50 percent of the principal of this loan plus the interest thereon cancelled if I serve as a member of the Armed Forces of the United States in an area of hostilities that qualifies for special pay under section 310 of title 37 of the United States Code
(2) This loan will be cancelled at the rate of 12½ percent of the total principal amount plus interest on the unpaid balance for each complete year of such service

X  **Death and Disability Cancellation.** If I should die or become permanently and totally disabled, the entire amount of this loan plus the interest thereon shall be cancelled

XI  **Change in Name, Address, Social Security Number and Status.** I am responsible for informing the lending institution of any change or changes in my name, address, or social security number  I am also responsible for notifying the lending institution of when I leave that institution and of any changes in my status

XII  **Penalty Charge.** If I fail to make a scheduled repayment or part of any part of a scheduled installment, or if I am eligible for deferment or cancellation under Articles VI through IX, but fail to submit the appropriate request on time, I promise to pay the charge assessed against me by the lending institution  No charge may exceed $1 for the first month or part of a month by which the installment or evidence is late, and $2 for each month or part of a month thereafter  If the lending institution elects to add the assessed charge to the outstanding principal of the loan, it must to inform me before the due date of the next installment

XIII  **Assignment.** This note may be assigned by the lending institution only (1) to another institution upon my transfer to that institution if that institution is participating in this program (or, if not so participating, is eligible to do so and is approved by the Secretary for that purpose) or (2) to the United States or to an institution approved by the Secretary  The provisions of this note that relate to the lending institution shall, where appropriate, relate to an assignee

CAVEAT -- This note is to be executed without security and without endorsement, except that if I am a minor and this note would not, under the law of the State in which the lending institution is located, create a binding obligation, either security or endorsement may be required  The lending institution shall supply a copy of this note to me

AS38/YP

SIGNATURE  *David Beckford*   DATE  **8 - 23-85**

PERMANENT ADDRESS  **1012  N. Avalon   Memphis  Tenn.   38107**

GOVERNMENT EXHIBIT 1

## SUMMARY OF BORROWER'S OBLIGATIONS AND RELATED INFORMATION

1. The National Direct Student Loan is a loan. It must be repaid. Repayment terms are defined in your promissory note.

2. The NDSL you receive must be used for educational expenses only, relating to your costs in attending Washington University.

3. Undergraduate students may borrow up to $6,000 for their entire undergraduate study. Graduate students may borrow up to $12,000 for undergraduate and graduate study.

4. The repayment period begins six months after the student has ceased to be enrolled as a half-time student. Minimum monthly payments are $30. The maximum repayment period is ten years. Deferment periods and cancellation provisions are described in the promissory note.

5. The interest rate on the NDSL is as printed on the reverse of this page.

6. A borrower defaults on a loan when he or she has entered the repayment period and has failed to maintain payments in accord with the required payment schedule or has failed to comply with the other provisions of the promissory note. Students in default on NDSL are ineligible to participate further in any federally sponsored financial aid program. Students in default are subject to legal action by the NDSL lender, its servicing agent, or the federal government.

7. NDSLs are provided to students who demonstrate financial need according to standards established by the federal government. The total of a student's financial aid, including the NDSL, cannot exceed the student's total educational need figure.

# WASHINGTON UNIVERSITY
## NATIONAL DIRECT STUDENT LOAN PROGRAM
### PROMISSORY NOTE

00   1-2
SS NO 3 11   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
NAME 12 33   BECKFORD, DAVID EARL
STREET 34 55   1012 NORTH AVALON
CITY/STATE 56 72   MEMPHIS   TN ZIP 73 77 38107
SEX 78 M   SCHOOL 79 80 FA

01 12
SS NO 3 11   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   XX
FUND 12 17 76529 G   DATE 18 23 120685
AMOUNT FINANCED 24 30 $***750.00

ANNUAL PERCENTAGE RATE 31 35   5% (.05000)

I, BECKFORD, DAVID EARL, promise to pay to Washington University, hereinafter called the lending institution, located at St. Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below. I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due. However, if a collection agency which is subject to the Fair Debt Collection Practices Act is used, I will pay those collection costs which do not exceed 25% of the unpaid principal and interest

### SCHEDULE OF ADVANCES

TUITION $***750.00   DORMS $*****.00   FEES   OTHER $*****.00   INIT DWB   DATE 9-18-86

I hereby certify that I have listed below all of the National Direct Student loans (or National Defense Student loans) I have obtained at other institutions (If no prior loans have been received, state "None")

| Amount | Date | Institution | | Amount | Date | Institution |
|--------|------|-------------|--|--------|------|-------------|
| $   None | | | | $ | | |
| $ | | | | $ | | |

I further understand and agree that

**I   General.**
(1) All sums advanced under this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, hereinafter called the Act, and are subject to the Act and the Federal Regulations issued under the Act. The terms of this note must be interpreted in accordance with the Act and Federal Regulations, copies of which are to be kept by the Lending Institution
(2) I understand that if I am eligible for deferment or cancellation under Articles VI through IX, I am responsible for submitting the appropriate requests on time

**II   Interest.** Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE OF   FIVE   PERCENT ( 5 %)
Interest on the unpaid balance except that no interest shall accrue during any deferment period described in subparagraphs VI(1) (A), (B), (C) and (D)

**III   Repayment.**
(1) Except as provided in Paragraph III(5) I promise to repay the principal and the interest which accrues on it over a period beginning 9 months after the date I cease to be at least a half-time student at an institution of higher education, or at a comparable institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary), and ending, unless paragraphs III(4) or VI(1) (deferment) applies, 10 years later
(2) I may, however, request that the repayment period start on an earlier date.
(3) I promise to repay the principal and interest over the repayment period in equal monthly installments, as determined by the Lending Institution. However, if I request, repayments may be made in graduated installments determined in accordance with schedules approved by the Secretary. In either case, a schedule of repayment shall be attached to and made part of this note
(4) Notwithstanding paragraph III(1), if I qualify as a low-income individual during the repayment period, the Lending Institution may, at my request, extend the repayment period for up to an additional 10 years or adjust any repayment schedule to reflect my income, or both
(5) (A)   I shall repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest) even though the monthly rate may have been established under paragraph III(1) is less than that amount, or if the total monthly repayment rate of principal and interest on all my National Direct and National Defense Loans, including this loan, is less than $30 per month
  (B)   If I have received National Defense or National Direct Loans from other institutions and the total monthly repayment rate on those loans is less than $30, the $30 month rate established under subparagraph III(5) (A) is the rate I pay on all my outstanding National Defense and National Direct Loans and is not in addition to the amount I pay on those other loans
  (C)   If my monthly repayment rate is established under subparagraph III(5) (A) and I have received National Defense or National Direct Loans from other lending institutions, the amount of my monthly repayment rate attributable to this loan is the amount which represents the difference between $30 and the monthly rates I must pay on my other National Defense and National Direct Loans
(6) A schedule of repayment will be attached to and made part of this note.
(7) The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year where necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III(1)

**IV   Prepayment.** I may at my option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time. Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment. If I repay more than the amount due for any installment, the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment

**V   Default.**
(1) If I fail to make a scheduled repayment of any installment or I fail to file cancellation or deferment forms with the lending institution on time, the entire unpaid indebtedness including interest due and accrued thereon, plus any applicable penalty charges, will, at the option of the lending institution, become immediately due and payable
(2) I understand that if I default on my loan repayments the lending institution may disclose that I have defaulted, along with other relevant information, to credit bureau organizations
(3) Further, I understand that if I default on my loan repayments and the loan is sent to the Secretary for collection, the Secretary may disclose that I have defaulted, along with other relevant information, to credit bureau organizations

**VI   Deferment.**
(1) Interest will not accrue, and installments need not be paid —
  (A)   While I am enrolled and in attendance as at least a half time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Secretary,
  (B)   For a period not in excess of 3 years during which I am —
    (i)    on full time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps, or Coast Guard), or an officer on full time active duty in the Commissioned Corps of the U S Public Health Service,
    (ii)   in service as a Volunteer under the Peace Corps Act,
    (iii)  a volunteer under the Domestic Volunteer Service Act of 1973,
    (iv)   a full time volunteer in a tax-exempt organization performing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973 (ACTION agency programs), or
  (C)   temporarily totally disabled as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by my spouse who is so disabled,
  (D)   During any grace period   A grace period is a six month period following (i) the date I cease to be at least a half-time student at an institution of higher education, or (ii) the date the deferments described in subparagraph VI(1) (A), (B) or (C) expire
(2) The lending institution may, upon my application, defer or reduce any scheduled repayments if, in its opinion, extraordinary circumstances such as prolonged illness or unemployment, prevent me from making such repayments  However, interest will continue to accrue

**VII   Cancellation for Teaching.**
(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service —
  (A)   as a full time teacher in a public or other non profit elementary or secondary school which is in a school district of a local educational agency which is eligible for funds under Title I of the Elementary and Secondary Education Act of 1965 and which has been designated by the Secretary in accordance with the provisions of Section 465(a) (2) of the Higher Education Act as a school with a high enrollment of students from low-income families, or
  (B)   as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed, orthopedically impaired, children with specific learning disabilities, or other health impaired children who by reason thereof require special education and related services) in a public or other non profit elementary or secondary school system
(2) This loan will be cancelled at the following rates
  (A)   15 percent of the total principal amount of the loan plus interest on the unpaid balance will be cancelled for the first and second complete academic years of that teaching service,
  (B)   20 percent of the total principal amount plus interest on the unpaid balance for the third and fourth complete academic years of that teaching service, and
  (C)   30 percent of the total principal amount plus interest on the unpaid balance for the fifth complete academic year of that teaching service

**VIII   Head Start Cancellation.**
(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service as a full time staff member in a Head Start program if --
  (A)   that Head Start program is operated for a period which is comparable to a full school year in the locality, and
  (B)   my salary is not more than the salary of a comparable employee of the local educational agency
(2) This loan will be cancelled at the rate of 15 percent of the total principal amount plus the interest on the unpaid balance for each complete school year or the equivalent of service in a Head Start program
(3) Head Start is a preschool program carried out under section 222(a) (1) of the Economic Opportunity Act of 1964

**IX   Military Cancellation.**
(1) I am entitled to have up to 50 percent of the principal amount of this loan plus the interest thereon cancelled if I serve as a member of the Armed Forces of the United States in an area of hostilities that qualifies for special pay under section 310 of title 37 of the United States Code
(2) This loan will be cancelled at the rate of 12½ percent of the total principal amount plus interest on the unpaid balance for each complete year of such service

**X   Death and Disability Cancellation.** If I should die or become permanently and totally disabled, the entire amount of this loan plus the interest thereon shall be cancelled

**XI   Change in Name, Address, Social Security Number and Status.** I am responsible for informing the lending institution of any change or changes in my name, address, or social security number  I am also responsible for notifying the lending institution of when I leave that institution and of any changes in my status

**XII   Penalty Charge.** If I fail to make timely payment of all or any part of a scheduled installment, or if I am eligible for deferment or cancellation under Articles VI through IX, but fail to submit the appropriate request on time, I promise to pay the charge assessed against me by the lending institution. No charge may exceed $1 for the first month or part of a month for which the installment or evidence is late, and $2 for each month or part of a month thereafter  If the lending institution elects to add the assessed charge to the outstanding principal of the loan, it must so inform me before the due date of the next installment

**XIII   Assignment.** This note may be assigned by the lending institution only (1) to another institution upon my transfer to that institution if that institution is participating in this program (or, if not so participating, it agrees to do so as a condition of my transfer for that purpose) or (2) to the United States or to an institution approved by the Secretary  The provisions of this note that relate to the lending institution shall, where appropriate, relate to an assignee

**CAVEAT** — This note is to be executed without security and without endorsement, except that if I am a minor and this note would not, under the law of the State in which the lending institution is located, create a binding obligation, either security or endorsement may be required  The lending institution shall supply a copy of this note to me

AS38/YP   P N

SIGNATURE   David Beckford   DATE   1-18-86
PERMANENT ADDRESS   1012  N. Avalon   Memphis, Tenn.   38107

GOVERNMENT EXHIBIT
2
CARDEE 800-783-0399

## SUMMARY OF BORROWER'S OBLIGATIONS AND RELATED INFORMATION

1. The National Direct Student Loan is a loan. It must be repaid. Repayment terms are defined in your promissory note.

2. The NDSL you receive must be used for educational expenses only, relating to your costs in attending Washington University

3. Undergraduate students may borrow up to $6,000 for their entire undergraduate study. Graduate students may borrow up to $12,000 for undergraduate and graduate study.

4. The repayment period begins six months after the student has ceased to be enrolled as a half-time student. Minimum monthly payments are $30. The maximum repayment period is ten years. Deferment periods and cancellation provisions are described in the promissory note.

5. The interest rate on the NDSL is as printed on the reverse of this page.

6. A borrower defaults on a loan when he or she has entered the repayment period and has failed to maintain payments in accord with the required payment schedule or has failed to comply with the other provisions of the promissory note. Students in default on NDSL are ineligible to participate further in any federally sponsored financial aid program. Students in default are subject to legal action by the NDSL lender, its servicing agent, or the federal government.

7. NDSLs are provided to students who demonstrate financial need according to standards established by the federal government. The total of a student's financial aid, including the NDSL, cannot exceed the student's total educational need figure.

Case: 4:18-cv-00115 Doc. #: 1-3 Filed: 01/24/18 Page: 1 of 2 PageID #: 8

# WASHINGTON UNIVERSITY
## NATIONAL DIRECT STUDENT LOAN PROGRAM
### PROMISSORY NOTE

410 41 9792    9792

00 1-2
SS NO. 3-11 441 41 9792
NAME 12-33 BECKFORD, DAVID
STREET 34-55 1012 N AVALON
CITY/STATE 56-72 MEMPHIS    TN    ZIP 73-77 38107
SEX 78 M    SCHOOL 79-80 FA

SS NO 3-11 441 41 9792    XX
FUND 12-17 76529 G    DATE 18-23 082286
AMOUNT FINANCED 24-30 $***750.00

ANNUAL PERCENTAGE RATE 31-35 5% (.05000)

I, BECKFORD, DAVID , promise to pay to Washington University, hereinafter called the lending institution, located at St. Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below. I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due. However, if a collection agency which is subject to the Fair Debt Collection Practices Act is used, I will pay those collection costs which do not exceed 25% of the unpaid principal and interest

## SCHEDULE OF ADVANCES

TUITION -0-    DORMS $750.00    FEES -0-    OTHER -0-    INIT DB    DATE 8/28/86

I hereby certify that I have listed below all of the National Direct Student loans (or National Defense Student loans) I have obtained at other institutions (If no prior loans have been received, state "None.")

| Amount | Date | Institution | Amount | Date | Institution |
|---|---|---|---|---|---|
| $ None | | | $ | | |
| $ | | | $ | | |

I further understand and agree that

II Interest. Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE OF FIVE PERCENT ( 5 %)

SIGNATURE David E. Beckford 6515 Wydown Blvd. St. Louis, Mo. 63105 DATE 8/28/86
PERMANENT ADDRESS 1012 N. Avalon Memphis, Tenn. 38107

GOVERNMENT EXHIBIT 3

## SUMMARY OF BORROWER'S OBLIGATIONS AND RELATED INFORMATION

1   The National Direct Student Loan is a loan  It must be repaid  Repayment terms are defined in your promissory note

2.  The NDSL you receive must be used for educational expenses only, relating to your costs in attending Washington University

3   Undergraduate students may borrow up to $6,000 for their entire undergraduate study  Graduate students may borrow up to $12,000 for undergraduate and graduate study

4   The repayment period begins six months after the student has ceased to be enrolled as a half-time student  Minimum monthly payments are $30. The maximum repayment period is ten years  Deferment periods and cancellation provisions are described in the promissory note

5   The interest rate on the NDSL is as printed on the reverse of this page

6.  A borrower defaults on a loan when he or she has entered the repayment period and has failed to maintain payments in accord with the required payment schedule or has failed to comply with the other provisions of the promissory note  Students in default on NDSL are ineligible to participate further in any federally sponsored financial aid program  Students in default are subject to legal action by the NDSL lender, its servicing agent, or the federal government

7   NDSLs are provided to students who demonstrate financial need according to standards established by the federal government  The total of a student's financial aid, including the NDSL, cannot exceed the student's total educational need figure

# WASHINGTON UNIVERSITY
## NATIONAL DIRECT STUDENT LOAN PROGRAM
### PROMISSORY NOTE

00 1-2

SS NO 3 11 **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**

NAME 12 33 **BECKFORD, DAVID EARL**

STREET 34 55 **1012 NORTH AVALON**

CITY/STATE 56 72 **MEMPHIS**  TN  ZIP 73-77 **38107**

SEX 78 **M**  SCHOOL 79 80 **FA**

SS NO 3 11 **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**  :**XX**:

FUND 12 17 76529 **G**  DATE 18 23 **120286**

AMOUNT FINANCED 24 30 **$***750.00**

ANNUAL PERCENTAGE RATE. 31-35 **5% (.05000)**

I, **BECKFORD, DAVID EARL**, promise to pay to Washington University, hereinafter called the lending institution, located at St. Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below. I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due. However, if a collection agency which is subject to the Fair Debt Collection Practices Act is used, I will pay those collection costs which do not exceed 25% of the unpaid principal and interest.

## SCHEDULE OF ADVANCES

TUITION **$***750.00**  DORMS **$***0.00**  ~~BOOKS~~  INIT **DB**  DATE **1/28/87**

OTHER **$***0.00**

I hereby certify that I have listed below all of the National Direct Student Loans (or National Defense Student loans) I have obtained at other institutions (if no prior loans have been received, state "None.")

| Amount | Date | Institution | | Amount | Date | Institution |
|--------|------|-------------|---|--------|------|-------------|
| $ | None | | $ | None | | |
| $ | | | $ | | | |

I further understand and agree that

**I General.**
(1) All sums advanced under this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, hereinafter called the Act, and are subject to the Act and the Federal Regulations issued under the Act. The terms of this note must be interpreted in accordance with the Act and Federal Regulations, copies of which are to be kept by the Lending Institution
(2) I understand that if I am eligible for deferment or cancellation under Articles VI through IX, I am responsible for submitting the appropriate requests on time

**II Interest.** Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE of  **FIVE**  PERCENT ( **5** %) Interest on the unpaid balance except that no interest shall accrue during any deferment period described in subparagraphs VI(1) (A), (B), (C) and (D)

**III Repayment.**
(1) Except as provided in Paragraph II(5) I promise to repay the principal and the interest which accrues on it over a period beginning 6 months after the date I cease to be at least a half-time student at an institution of higher education, or at a comparable institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary), and ending, unless paragraphs II(4) or VI(1) (deferment) applies, 10 years later
(2) I may, however, request that the repayment period start on an earlier date
(3) I promise to repay the principal and interest over the course of the repayment period in equal monthly installments, as determined by the Lending Institution. However, if I request, repayments may be made in graduated installments determined in accordance with schedules approved by the Secretary. In either case, a schedule of repayment shall be attached to and made part of this note
(4) Notwithstanding paragraph III(1), if I qualify as a low-income individual during the repayment period, the Lending Institution may, at my request, extend the repayment period for up to an additional 10 years or adjust any repayment schedule to reflect my income, or both
(5) (A) I may repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest) even though the monthly rate that would be established under paragraph III(1) is less than that amount, or if the total monthly repayment rate of principal and interest on all my National Direct and National Defense Loans, including this loan, is less than $30 per month
(B) If I have received National Defense or National Direct Loans from other institutions and the total monthly repayment rate on those loans is less than $30, the $30 monthly rate established under paragraph III(5) (A) is the rate I pay on all my outstanding National Defense and National Direct Loans and is not in addition to the amount I pay on those other loans
(C) If my monthly repayment rate is established under subparagraph III(5) (A) and I have received National Defense or National Direct Loans from other lending institutions, the amount of my monthly repayment rate attributable to this loan is the difference which represents the difference between $30 and the monthly rates I must pay on my other National Defense and National Direct Loans
(6) A schedule of repayment shall be included and made part of this note
(7) The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year whenever necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III(1)

**IV Prepayment.** I may at my option and without penalty prepay all or any part of the principal, plus the accrued interest thereon, at any time. Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment if I repay more than the amount due for any installment, the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment

**V Default.**
(1) If I fail to make a scheduled repayment of any instalment or I fail to file cancellation or deferment forms with the lending institution on time, the entire unpaid indebtedness including interest due and accrued thereon, plus any applicable penalty charges, will, at the option of the lending institution, become immediately due and payable
(2) I understand that if I default on any loan repayments the lending institution may disclose that I have defaulted, along with other relevant information, to credit bureau organizations
(3) Further, I understand that if I default on my loan repayments and the loan is sent to the Secretary for collection, the Secretary may disclose that I have defaulted, along with other relevant information, to credit bureau organizations

**VI Deferment.**
(1) Interest will not accrue, and installments need not be paid -
(A) While I am enrolled and in attendance as at least a half-time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Secretary;
(B) For a period not in excess of 3 years during which I am -
(i) on full time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps, or Coast Guard), or an officer on full-time active duty in the Commissioned Corps of the U.S. Public Health Service,
(ii) in service as a Volunteer under the Peace Corps Act,
(iii) a volunteer under the Domestic Volunteer Service Act of 1973,
(iv) a full time volunteer in a tax-exempt organization performing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973 (ACTION agency programs), or
(v) temporarily totally disabled as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by my spouse who is so disabled,
(C) for a period not in excess of two years during which time I am serving in an internship which is required in order that I may receive professional recognition required to begin my professional practice or service, and
(D) During any grace period. A grace period is a six month period following (i) the date I cease to be at least a half time student at an institution of higher education, or (ii) the date the deferment period described in subparagraph VI(1) (A), (B) or (C) expire
(2) The lending institution may, upon my application, defer or reduce any scheduled repayments if, in its opinion, extraordinary circumstances such as prolonged illness or unemployment, prevent me from making such repayments. However, interest will continue to accrue

**VII Cancellation for Teaching.**
(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service -
(A) as a full time teacher in a public or other non profit elementary or secondary school which is in a school district of a local educational agency which is eligible for funds under Title I of the Elementary and Secondary Education Act of 1965 and which has been designated by the Secretary in accordance with the provisions of Section 465(a) (2) of the Higher Education Act as a school with a high enrollment of students from low income families, or
(B) as a full-time teacher of handicapped children (including mentally retarded, hard of hearing, deaf, speech impaired, visually handicapped, seriously emotionally disturbed, orthopedically impaired, children with specific learning disabilities, or other health impaired children who by reason thereof require special education and related services) in a public or other non profit elementary or secondary school system
(2) This loan will be cancelled at the following rates
(A) 15 percent of the total principal amount of the loan plus interest on the unpaid balance will be cancelled for the first and second complete academic years of teaching service,
(B) 20 percent of the total principal amount plus interest on the unpaid balance for the third and fourth complete academic years of that teaching service,
(C) 30 percent of the total principal amount plus interest on the unpaid balance for the fifth complete academic year of that teaching service

**VIII Head Start Cancellation.**
(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service as a full-time staff member in a Head Start program if - -
(A) that Head Start program is operated for a period which is comparable to a full school year in the locality, and
(B) my salary is not more than the salary of a comparable employee of the local educational agency
(2) This loan will be cancelled at the rate of 15 percent of the total principal amount plus the interest on the unpaid balance for each complete school year or the equivalent of service in a Head Start program

**IX Military Cancellation.** (3) Head Start is a preschool program carried out under section 222(a) (1) of the Economic Opportunity Act of 1964
(1) I am entitled to have up to 50 percent of the principal of this loan plus the interest thereon cancelled if I serve as a member of the Armed Forces of the United States in an area of hostilities that qualifies for special pay under section 310 of title 37 of the United States Code
(2) This loan will be cancelled at the rate of 12½ percent of the total principal amount plus interest on the unpaid balance for each complete year of such service

**X Death and Disability Cancellation.** If I should die or become permanently and totally disabled, the entire amount of this loan plus the interest thereon shall be cancelled

**XI Change in Name, Address, Social Security Number and Status.** I am responsible for informing the lending institution of any change or changes in my name, address, or social security number  I am also responsible for notifying the lending institution of when I leave that institution and of any changes in my status

**XII Penalty Charge.** If I fail to make timely payment of all or any part of a scheduled installment, or if I am eligible for deferment or cancellation under Articles VI through IX, but fail to submit the appropriate request as timely, I promise to pay the charge assessed against me by the lending institution  No charge may exceed $1 for the first month or part of a month by which the installment or evidence is late, and $2 for each month or part of a month thereafter  If the lending institution elects to add the assessed charge to the outstanding principal of the loan, it must to inform me before the due date as I the next installment

**XIII Assignment.** This note may be assigned by the lending institution only (1) to another institution upon my transfer to that institution if that institution is participating in this program (or, if not so participating, is eligible to do so and is approved by the Secretary for that purpose) or (2) to the United States or to an institution approved by the Secretary  The provisions of this note that relate to the lending institution shall, where appropriate, relate to an assignee

**CAVEAT** — This note is to be executed without security and without endorsement, except that if I am a minor and this note would not, under the law of the State in which the lending institution is located, create a binding obligation, either security or endorsement may be required  The lending institution shall supply a copy of this note to me

02946 AS38/YP

SIGNATURE  **David E. Beckford**  DATE  **1/21/87**

PERMANENT ADDRESS  **1012 N. Avalon  Memphis, Tenn.  38107**

CANDELS 800-763-3899  GOVERNMENT EXHIBIT  4

## SUMMARY OF BORROWER'S OBLIGATIONS AND RELATED INFORMATION

1. The National Direct Student Loan is a loan  It must be repaid  Repayment terms are defined in your promissory note

2  The NDSL you receive must be used for educational expenses only, relating to your costs in attending Washington University

3. Undergraduate students may borrow up to $6,000 for their entire undergraduate study  Graduate students may borrow up to $12,000 for undergraduate and graduate study

4  The repayment period begins six months after the student has ceased to be enrolled as a half-time student  Minimum monthly payments are $30  The maximum repayment period is ten years  Deferment periods and cancellation provisions are described in the promissory note

5  The interest rate on the NDSL is as printed on the reverse of this page

6  A borrower defaults on a loan when he or she has entered the repayment period and has failed to maintain payments in accord with the required payment schedule or has failed to comply with the other provisions of the promissory note. Students in default on NDSL are ineligible to participate further in any federally sponsored financial aid program  Students in default are subject to legal action by the NDSL lender, its servicing agent, or the federal government

7. NDSLs are provided to students who demonstrate financial need according to standards established by the federal government  The total of a student's financial aid, including the NDSL, cannot exceed the student's total educational need figure

# PERKINS STUDENT LOAN (formerly NATIONAL DIRECT STUDENT LOAN)
## PROMISSORY NOTE — PREVIOUS BORROWER

| | |
|---|---|
| 00 1-2 | 01 1-2 |
| SS NO 3-11  440 41 9792 | SS NO 3-11  440 41 9792 |
| NAME 12-33  BECKFORD,DAVID E | FUND 12-17  76529  G  DATE 18-23  081887 |
| STREET 34-55  1012 NORTH AVALON | AMOUNT FINANCED 24-30  $***600.00 |
| CITY/STATE 56-72  MEMPHIS  TN  ZIP 73-77  38107 | |
| SEX 78  M  SCHOOL 79-80  FA | ANNUAL PERCENTAGE RATE 31-35  5% (.05000) |

I, BECKFORD,DAVID E , promise to pay to Washington University, hereinafter called the lending institution, located at St Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below  I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due

### SCHEDULE OF ADVANCES

TUITION  $***600.00     DORMS  $******.00     OTHER  $******.00     INIT  D.B.     DATE  10/16/87

I further understand and agree that

**I  GENERAL**

(1) Applicable Law  All sums advanced under this note are drawn from a fund created under Part C of Title IV of the Higher Education Act of 1965, as amended  hereinafter called the Act, and are subject to the Act and the Federal Regulations issued under the Act  The terms of this note shall be interpreted in accordance with the Act and Federal Regulations  copies of which are to be kept by the Lending Institution

(2) Procedures for Receiving Deferment or Cancellation  I understand that in order to receive a deferment or cancellation  I must request the deferment or cancellation in writing from the Lending Institution  and must submit to the Lending Institution any documentation required by the Lending Institution to prove that I qualify for the deferment or cancellation  I further understand that if I am eligible for deferment or cancellation under Articles VI through X, I am responsible for submitting the appropriate requests on time  I further understand that I may lose my deferment and cancellation benefits if I fail to file my request on time

**II  INTEREST**

Interest  Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE OF interest on the unpaid balance except that no interest shall accrue during any deferment period described in subparagraphs VI(1)       **FIVE** PERCENT ( 5 %)

**III  REPAYMENT**

(1) I promise to repay the principal and the interest which accrues on it to the Lending Institution over a period beginning 6 months after the date I cease to be at least a half-time student at an Institution of higher education  or at a comparable Institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary) and ending  unless paragraphs III(4), III(5), III(7) or VI(1) applies  10 years later.

(2) Upon my written request, the repayment period may start on a date earlier than the one indicated in paragraph III(1)

(3)(A)  I promise to repay the principal and interest over the course of the repayment period in equal monthly installments as determined by the Lending Institution

(B) Notwithstanding paragraph III(3)(A), upon my written request, repayment may be made in graduated installments in accordance with a schedule approved by the Secretary

(C)  The Lending Institution shall attach the schedule of repayments and the schedule will become part of the note

(4) Notwithstanding paragraph III(1)  If I qualify as a low-income individual during the repayment period, the Lending Institution may, upon my written request, extend the repayment period for up to an additional 10 years  or adjust any repayment schedule to reflect my income  or both

(5)(A)  If the monthly rate that would be established under paragraph III(1), or the total monthly repayment rate of principal and interest on all my Direct  Defense and Perkins Loans including this loan, is less than $30 per month  I shall repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest)

(B)  If I have received Direct, Defense and Perkins Loans from other institutions  and the total monthly repayment rate on those loans is less than $30  the $30 monthly rate established under subparagraph III(5)(A) is the rate I pay on all my outstanding Direct  Defense and Perkins Loans and is not in addition to the amount I pay on those other loans  The amount of my monthly repayment rate attributable to this loan is the amount which represents the difference between $30 and the monthly rates I must pay on my other Direct, Defense and Perkins Loans

(6)  The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year whenever necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III(1)

(7)  The Lending Institution may, upon my written request, reduce any scheduled repayments or extend the repayment period indicated in paragraph III(1), if in its opinion, extraordinary circumstances such as prolonged illness or unemployment  prevent me from making the scheduled repayments  However  interest shall continue to accrue

**IV  PREPAYMENT**

(1)  I may, at my option and without penalty  prepay all or any part of the principal, plus the accrued interest thereon, at any time

(2)  Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment

(3)  If I repay more than the amount due for any installment  the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment

**V  DEFAULT**

(1)  The Lending Institution may, at its option, declare my loan to be in default and may demand immediate payment of the entire unpaid balance of the loan  including principal, interest and late charges if –

(A)  I do not make a scheduled payment when it is due  and

(B)  I do not submit to the Lending Institution on or before the date on which payment is due, documentation that I qualify for a deferment or cancellation described in Articles VI, VII, VIII, IX  and X of this agreement

(2)  I understand that if I default on my loan repayments, the Lending Institution may disclose that I have defaulted  along with other relevant information  to credit bureau organizations

(3)  Further  I understand that if I default on my loan repayment and the loan is sent to the Secretary for collection, the Secretary may disclose that I have defaulted, along with other relevant information, to credit bureau organizations

(4)  I understand that if the Lending Institution accelerates the loan under paragraph V(1), I will lose my cancellation and deferment benefits for service performed after the date the Lending Institution accelerated the loan

(5)  I understand that failure to pay this obligation under the terms agreed upon will prevent my obtaining additional student financial aid authorized under Title IV of the Higher Education Act of 1965, as amended  until I have made arrangements which are satisfactory to the Lending Institution or the Secretary regarding the repayment of the loan

**VI  DEFERMENT**

(1)  Interest will not accrue, and installments of principal need not be paid –

(A)  While I am enrolled in and attendance as at least a half time student at an Institution of higher education or at a comparable Institution outside the United States approved for this purpose by the Secretary,

(B)  For a period of three (3) years during which I am –

(i)  On full time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force  Marine Corps, or Coast Guard) or an officer on full time active duty in the Commissioned Corps of the U S  Public Health Service

(ii)  In service as a volunteer under the Peace Corps Act,

(iii)  A volunteer under the Domestic Volunteer Service Act of 1973 (ACTION programs),

(iv)  A full time volunteer in a tax-exempt organization performing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973, or

(v)  Temporarily totally disabled as established by an affidavit of a qualified physician or unable to secure employment because I am providing care required by my spouse who is so disabled

(C)  For a period not in excess of two (2) years after I receive a baccalaureate or professional degree during which time I am serving in an internship which is required in order that I may receive professional recognition required to begin my professional practice or service  and

(D)  During a six (6) month period following the expiration of my deferment in paragraph VI(1)(A) through VI(1)(C)

(2)  The Lending Institution may, upon my written request, defer my scheduled repayments if it determines that the deferment is necessary to avoid a financial hardship for me  Interest, however, will continue to accrue

**VII  CANCELLATION FOR TEACHING**

(1)  I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service –

(A)  As a full-time teacher for a complete academic year in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in each year of service for funds under Chapter 1 of the Education Consolidation and Improvement Act of 1981, as amended, and which has been designated by the Secretary (after consultation with each State Department of Education) in accordance with the provisions of section 465(a)(2) of the Act as a school with a high concentration of students from low-income families  An official Directory of or designated low-income schools is published annually by the Secretary

(B)  As a full-time teacher of handicapped children (including mentally retarded, hard of hearing  deaf  speech and language impaired  visually handicapped, seriously emotionally disturbed, orthopedically impaired, children with specific learning disabilities, or other health-impaired children, who by reason thereof require special education and related services) in a public or other nonprofit elementary or secondary school system

(2)  This loan will be cancelled at the following rates

(A)  15 percent of the total principal amount of the loan plus interest on the unpaid balance for the first and second complete academic years of that teaching service,

(B)  20 percent of the total principal amount plus interest on the unpaid balance for the third and fourth complete academic years of that teaching service, and

(C)  30 percent of the total principal amount plus interest on the unpaid balance for the fifth complete academic year of that teaching service

2946 A/AS-38/YX     (over)

GOVERNMENT EXHIBIT  5     CARDELL 800-782-0399

START CANCELLATION

IX   MILITARY CANCELLATION

X   DEATH AND DISABILITY CANCELLATION

XI   CHANGE IN NAME ADDRESS TELEPHONE NUMBER AND SOCIAL SECURITY NUMBER

XII   LATE CHARGE

XIII   ASSIGNMENT

XIV   PRIOR LOANS

I hereby certify that I have listed below all of the Perkins Loans (National Direct Student Loans and National Defense Student Loans) I have obtained at other institutions. (If no prior loans have been received, state "None".)

## SCHEDULE OF PERKINS LOANS (NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS) AT OTHER INSTITUTIONS

| AMOUNT | DATE | NAME OF INSTITUTION |
|--------|------|---------------------|
| None | | |
| | | |
| | | |

NOTICE TO BORROWER: DO NOT SIGN THIS NOTE BEFORE YOU READ IT. THE LENDING INSTITUTION MUST SUPPLY TO YOU AND ANY ENDORSER A COPY OF THIS NOTE (completed if signed as a sealed instrument).

SIGNATURE _David E. Bickford_   Date _10/16_ 19 _87_

Permanent Address (Street or Box Number, City, State and Zip) _1012   N. Avalon   Memphis   Tenn   38107_

Social Security Number (borrower must provide) _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_

The borrower and Lending Institution shall execute this note with a seal and without an endorsement. Borrower is a minor and this note would not, under the law of the State in which the Lending Institution is located, create a binding obligation... If the borrower is a minor and this note would not, therefore, be legally binding, the Lending Institution shall require a cosigner to this note.

## SUMMARY OF BORROWER'S OBLIGATIONS AND RELATED INFORMATION

1. The Perkins Student Loan, formerly National Direct Student Loan... payment terms are defined in your promissory note

2. The Perkins Loan you receive must be used for educational expenses... attending Washington University

3. Undergraduate students may borrow up to $9,000 for entire period of study. Graduate students may borrow up to $18,000 for undergraduate and graduate study

4. The repayment period begins six months after the student has ceased to be enrolled... Minimum monthly payments are $30. The maximum repayment period is ten years. Deferment periods and cancellation provisions are described in the promissory note

5. The interest rate on the Perkins Student Loan is printed on the reverse of this page

6. A borrower defaults on a loan when he or she has entered the repayment period and is failed to maintain payments in accord with the required payment schedule or has failed to comply with the other provisions of the promissory note. Students in default are subject to legal action by the Perkins Student Loan lender, its servicing agent, or the federal government

7. Perkins Student Loans are provided to students who demonstrate financial need according to standards established by the federal government. The total of a student's financial aid, including the Perkins Student Loan, cannot exceed the student's total educational need figure

# PERKINS STUDENT LOAN (formerly NATIONAL DIRECT STUDENT LOAN)
## PROMISSORY NOTE — PREVIOUS BORROWER

| | | |
|---|---|---|
| 00 1-2     410 | | 410     01 1-2 |
| SS NO 3-11    **441 41 9792**    410 | | SS NO 3-11    **441 41 9792**    ☒ X |
| NAME 12-33    **BECKFORD,DAVID E** | | FUND 12-17   **76529**   G   DATE 18-23   **121187** |
| STREET 34-55    **1012 NORTH AVALON** | | AMOUNT FINANCED 24-30   **$***600.00** |
| CITY/STATE 56-72    **MEMPHIS**    **TN** ZIP 73-77   **38107** | | |
| SEX 78   **M**    SCHOOL 79-80   **FA** | | ANNUAL PERCENTAGE RATE 31-35   **5% (.05000)** |

I,    **BECKFORD,DAVID E**       , promise to pay to Washington University, hereinafter called the lending institution, located at St Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below. I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due

## SCHEDULE OF ADVANCES

TUITION   $600.00      DORMS   -0-      OTHER   -0-      INIT _D.B._    DATE _1/15/88_

I further understand and agree that

### I GENERAL

(1) Applicable Law. All sums advanced under this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, as amended, hereinafter called the Act and are subject to the Act and the Federal Regulations issued under the Act. The terms of this note shall be interpreted in accordance with the Act and Federal Regulations, copies of which are to be kept by the Lending Institution

(2) Procedures for Receiving Deferment or Cancellation. I understand that in order to receive a deferment or cancellation, I must request the deferment or cancellation in writing from the Lending Institution and must submit to the Lending Institution any documentation required by the Lending Institution to prove that I qualify for the deferment or cancellation. I further understand that if I am eligible for deferment or cancellation under Articles VI through X I am responsible for submitting the appropriate requests on time. I further understand that I may lose my deferment or cancellation benefits if I fail to file my request on time

### II INTEREST

Interest. Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE OF **FIVE** PERCENT ( **5** %) interest on the unpaid balance except that no interest shall accrue during any deferment period described in subparagraphs VI(1)

### III. REPAYMENT

(1) I promise to repay the principal and the interest which accrues on it to the Lending Institution over a period beginning 6 months after the date I cease to be at least a half time student at an institution of higher education, or at a comparable institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary), and ending unless paragraphs III(4), III(5), III(7) or VI(1) applies 10 years later

(2) Upon my written request, the repayment period may start on a date earlier than the one indicated in paragraph III(1)

(3)(A) I promise to repay the principal and interest over the course of the repayment period in equal monthly installments as determined by the Lending Institution

(B) Notwithstanding paragraph III(3)(A) upon my written request repayment may be made in graduated installments in accordance with a schedule approved by the Secretary

(C) The Lending Institution shall attach the schedule of repayments and the schedule will become part of the note

(4) Notwithstanding paragraph III(1), if I qualify as a low-income individual during the repayment period, the Lending Institution may upon my written request extend the repayment period for up to an additional 10 years, or adjust any repayment schedule to reflect my income or both

(5)(A) If the monthly rate that would be established under paragraph III(1) or the total monthly repayment rate of principal and interest on all my Direct Defense and Perkins Loans including this loan, is less than $30 per month, I shall repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest)

(B) If I have received Direct, Defense and Perkins Loans from other institutions and the total monthly repayment rate on those loans is less than $30 the $30 monthly rate established under subparagraph III(5)(A) is the rate I pay on all my outstanding Direct Defense and Perkins Loans and is not in addition to the amount I pay on those other loans. The amount of my monthly repayment rate attributable to this loan is the amount which represents the difference between $30 and the monthly rates I must pay on my other Direct Defense and Perkins Loans

(6) The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year where necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III(1)

(7) The Lending Institution may upon my written request, reduce any scheduled repayments or extend the repayment period indicated in paragraph III(1), if in its opinion extraordinary circumstances such as prolonged illness or unemployment prevent me from making the scheduled repayments However, interest shall continue to accrue

### IV PREPAYMENT

(1) I may at my option and without penalty prepay all or any part of the principal plus the accrued interest thereon, at any time

(2) Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment

(3) If I repay more than the amount due for any installment, the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment

### V DEFAULT

(1) The Lending Institution may, at its option, declare my loan to be in default and may demand immediate payment of the entire unpaid balance of the loan, including principal interest and late charges if –

(A) I do not make a scheduled payment when it is due, and

(B) I do not submit to the Lending Institution on or before the date on which payment is due documentation that I qualify for a deferment or cancellation described in Articles VI, VIII, VIII, IX and X of this agreement

(2) I understand that if I default on my loan repayments, the Lending Institution may disclose that I have defaulted along with other relevant information, to credit bureau organizations

(3) Further I understand that if I default on my loan repayment and the loan is sent to the Secretary for collection the Secretary may disclose that I have defaulted, along with other relevant information, to credit bureau organizations

(4) I understand that if the Lending Institution accelerates the loan under paragraph V(1), I will lose my cancellation and deferment benefits for service performed after the date the Lending Institution accelerated the loan

(5) I understand that failure to pay this obligation under the terms agreed upon will prevent my obtaining additional student financial aid authorized under Title IV of the Higher Education Act of 1965, as amended until I have made arrangements which are satisfactory to the Lending Institution or the Secretary regarding the repayment of the loan

### VI DEFERMENT

(1) Interest will not accrue and installments of principal need not be paid –

(A) While I am enrolled and in attendance as at least a half-time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Secretary,

(B) For a period of three (3) years during which I am –

(i) On full-time active duty as a member of the Armed Forces of the United States (Army Navy, Air Force, Marine Corps or Coast Guard) or an officer on full time active duty in the Commissioned Corps of the U S Public Health Service

(ii) In service as a volunteer under the Peace Corps Act,

(iii) A volunteer under the Domestic Volunteer Service Act of 1973 (ACTION programs),

(iv) A full-time volunteer in a tax-exempt organization performing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973, or

(v) Temporarily totally disabled as established by an affidavit of a qualified physician or unable to secure employment because I am providing care required by my spouse who is so disabled

(C) For a period not in excess of two (2) years after I receive a baccalaureate or professional degree during which time I am serving in an internship which is required in order that I may receive professional recognition required to begin my professional practice or service, and

(D) During a six (6) month period following the expiration of my deferment in paragraph VI(1)(A) through VI(1)(C)

(2) The Lending Institution may upon my written request, defer my scheduled repayments if it determines that deferment is necessary to avoid a financial hardship for me interest, however, will continue to accrue

### VII CANCELLATION FOR TEACHING

(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service -

(A) As a full-time teacher for a complete academic year in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in such year of service for funds under Chapter I of the Education Consolidation and Improvement Act of 1981, as amended and which has been designated by the Secretary (after consultation with each State Department of Education) in accordance with the provisions of section 465(a)(2) of the Act as a school with a high concentration of students from low-income families An official Directory of designated low-income schools is published annually by the Secretary

(B) As a full-time teacher of handicapped children (including mentally retarded hard of hearing, deaf, speech and language impaired, visually handicapped, seriously emotionally disturbed, orthopedically impaired, children with specific learning disabilities, or other health impaired children, who by reason thereof require special education and related services) in a public or other nonprofit elementary or secondary school system

(2) This loan will be cancelled at the following rates

(A) 15 percent of the total principal amount of the loan plus interest on the unpaid balance will be cancelled for the first and second complete academic years of that teaching service,

(B) 20 percent of the total principal amount plus interest on the unpaid balance for the third and fourth complete academic years of that teaching service, and

(C) 30 percent of the total principal amount plus interest on the unpaid balance for the fifth complete academic year of that teaching service

2946 A/AS-86/YX        (over)        Page 1 of 2

GOVERNMENT EXHIBIT 6    CARDELL 800.783.0389

## VIII HEAD START CANCELLATION

## IX MILITARY CANCELLATION

## X DEATH AND DISABILITY CANCELLATION

## XI CHANGE IN NAME, ADDRESS, TELEPHONE NUMBER AND SOCIAL SECURITY NUMBER

## XII LATE CHARGE

## XIII ASSIGNMENT

## XIV PRIOR LOANS

I the undersigned certify that I have listed below all of the Perkins Loans (National Direct Student Loans and National Defense Student Loans) I have obtained at other institutions (If no prior loans have been received state "None.")

## SCHEDULE OF PERKINS LOANS (NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS) AT OTHER INSTITUTIONS

| AMOUNT | DATE | NAME OF INSTITUTION |
|--------|------|---------------------|
| None   |      |                     |

NOTICE TO BORROWER DO NOT SIGN THIS NOTE BEFORE YOU READ IT. THE LENDING INSTITUTION MUST SUPPLY TO YOU AND ANY ENDORSER A COPY OF THIS NOTE (This note is signed as a sealed instrument)

SIGNATURE _David E. Bashford_ Date _1 / 15_ 19 _88_

Permanent Address (Street or Box Number, City, State and Zip) _1012 N Avalon Memphis Tn 38107_

Social Security Number (borrower must provide) _410 - 41 - 9792_

The Borrower and Lending Institution shall execute this note without security and without endorsement unless the borrower is a minor and this note would not, under the law of the State in which the Lending Institution is located, create a binding obligation. If the borrower is a minor and this note would not, therefore, be legally binding, the Lending Institution shall require a cosigner to this note.

## SUMMARY OF BORROWER'S OBLIGATIONS AND RELATED INFORMATION

The Perkins Student Loan (formerly National Direct Student Loan) is a loan. It must be repaid. Repayment terms are defined in your promissory note.

The Perkins Loan you receive must be used for educational expenses relating to your costs in attending Washington University.

3 Undergraduate students may borrow up to $9,000 for the entire undergraduate study. Graduate students may borrow up to $18,000 for undergraduate and graduate study.

4 The repayment period begins six months after the student has ceased to be enrolled as a half time student. Minimum monthly payments are $30. The maximum repayment period is ten years. Deferment periods and cancellation provisions are described in the promissory note.

5 The interest rate on the Perkins Student Loan is printed on the reverse of this page.

6 A borrower defaults on a loan when he or she has entered the repayment period and has failed to maintain payments in accord with the required payment schedule or has failed to comply with the other provisions of the promissory note. Students in default are subject to legal action by the Perkins Student Loan lender, its servicing agent or the federal government.

7 Perkins Student Loans are provided to students who demonstrate financial need according to standards established by the federal government. The total of a student's financial aid including the Perkins Student Loan cannot exceed the student's total educational need figure.

Page 2 of 2

# PERKINS STUDENT LOAN (formerly NATIONAL DIRECT STUDENT LOAN)
## PROMISSORY NOTE — PREVIOUS BORROWER

INIT D.B

| | |
|---|---|
| 00 1-2   410 41 9792 | 01 1-2 |
| SS NO 3-11  451xx61xx9792 | SS NO 3-11  451xx61xx9792  41041 9792  XX |
| NAME 12-33  BECKFORD, DAVID E | FUND 12-17  76529.  G   DATE 18-23  081588 |
| STREET 34-55  1012 NORTH AVALON | AMOUNT FINANCED 24-30  $***850.00 |
| CITY/STATE 56-72  MEMPHIS   TN   ZIP 73-77  38107 | |
| SEX 78  M   SCHOOL 79-80  FA | ANNUAL PERCENTAGE RATE 31-35  5% (.0500C) |

I, **BECKFORD, DAVID E**, promise to pay to Washington University, hereinafter called the lending institution, located at St Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due

### SCHEDULE OF ADVANCES

TUITION  $850.00          DORMS -0-          OTHER  -0-          INIT D.B   DATE 9/14/88

I further understand and agree that

### I  GENERAL

(1) **Applicable Law**  All sums advanced under this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, as amended  hereinafter called the Act and are subject to the Act and the Federal Regulations issued under the Act  The terms of this note shall be interpreted in accordance with the Act and Federal Regulations  copies of which are to be kept by the Lending Institution
(2) **Procedures for Receiving Deferment or Cancellation**  I understand that in order to receive a deferment or cancellation, I must request the deferment or cancellation in writing from the Lending Institution, and must submit to the Lending Institution any documentation required by the Lending Institution to prove that I qualify for the deferment or cancellation  I further understand that if I am eligible for deferment or cancellation under Articles VI through X, I am responsible for submitting the appropriate requests on time  I further understand that I may lose my deferment and cancellation benefits if I fail to file my request on time

### II  INTEREST

**Interest**  Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE of interest on the unpaid balance except that no interest shall accrue during any deferment period described in subparagraphs VI(1)

**FIVE**   , PERCENT (  5  %)

### III  REPAYMENT

(1) I promise to repay the principal and the interest which accrues on it to the Lending Institution over a period beginning 9 months after the date I cease to be at least a half time student at an institution of higher education, or at a comparable institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary), and ending  unless paragraphs III(4) III(5) III(7) or VI(1) applies  10 years later
(2) Upon my written request, the repayment period may start on a date earlier than the one indicated in paragraph III(1)
(3)(A)  I promise to repay the principal and the interest over the course of the repayment period in equal monthly installments as determined by the Lending Institution
   (B) Notwithstanding paragraph III(3)(A)  upon my written request  repayment may be made in graduated installments in accordance with a schedule approved by the Secretary
   (C) The Lending Institution shall attach the schedule of repayments and the schedule will become part of the note
(4) Notwithstanding paragraph III(1), if I qualify as a low-income individual during the repayment period, the Lending Institution may  upon my written request, extend the repayment period for up to an additional 10 years or adjust any repayment schedule to reflect my income, or both
(5)(A)  If the monthly rate that would be established under paragraph III(1), or the total monthly repayment rate of principal and interest on all my Direct  Defense and Perkins Loans, is less than $30 per month, I shall repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest),
   (B) If I have received Direct, Defense and Perkins Loans from other institutions and the total monthly repayment rate on those loans is less than $30, the $30 monthly rate established under subparagraph III(5)(A) is the rate I pay on all my outstanding Direct  Defense and Perkins Loans and is not in addition to the amount I pay on those other loans  The amount of my monthly repayment rate attributable to this loan is the amount which represents the difference between $30 and the monthly rates I must pay on my other Direct  Defense and Perkins Loans
   (6) The Lending Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year where necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III(1)
(7) The Lending Institution may, upon my written request, reduce any scheduled repayments or extend the repayment period indicated in paragraph III(1), if in its opinion, extraordinary circumstances such as prolonged illness or unemployment prevent me from making the scheduled repayments  However, interest shall continue to accrue

### IV  PREPAYMENT

(1) I may, at my option and without penalty, prepay all or any part of the principal plus the accrued interest thereon at any time
(2) Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment
(3) If I repay more than the amount due for any installment, the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment

### V  DEFAULT

(1) The Lending Institution may, at its option, declare my loan to be in default and may demand immediate payment of the entire unpaid balance of the loan  including principal, interest and late charges if –
   (A) I do not make a scheduled payment when it is due, and
   (B) I do not submit to the Lending Institution on or before the date on which payment is due  documentation that I qualify for a deferment or cancellation described in Articles VI, VII, VIII  IX  and X of this agreement
(2) I understand that if I default on my loan repayments, the Lending Institution may disclose that I have defaulted, along with other relevant information, to credit bureau organizations
(3) Further, I understand that if I default on my loan repayment and the loan is sent to the Secretary for collection, the Secretary may disclose that I have defaulted, along with other relevant information  to credit bureau organizations
(4) I understand that if the Lending Institution accelerates the loan under paragraph V(1), I will lose my cancellation and deferment benefits for service performed after the date the Lending Institution accelerated the loan
(5) I understand that failure to pay this obligation under the terms agreed upon will prevent my obtaining additional student financial aid authorized under Title IV of the Higher Education Act of 1965  as amended  until I have made arrangements which are satisfactory to the Lending Institution  or the Secretary regarding the repayment of the loan

### VI  DEFERMENT

(1) Interest will not accrue, and installments of principal need not be paid –
   (A) While I am enrolled and in attendance as at least a half-time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Secretary,
   (B) For a period of three (3) years during which I am –
   , (I) On full time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force  Marine Corps, or Coast Guard) or an officer on full time active duty in the Commissioned Corps of the U S  Public Health Service
      (II) In service as a volunteer under the Peace Corps Act
      (III) A volunteer under the Domestic Volunteer Service Act of 1973 (ACTION programs),
      (IV) A full-time volunteer in a tax-exempt organization performing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973, or
      (V) Temporarily totally disabled as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by my spouse who is so disabled,
   (C) For a period not in excess of two (2) years after I receive a baccalaureate or professional degree during which time I am serving in an internship which is required in order that I may receive professional recognition required to begin my professional practice or service  and
   (D) During a six (6) month period following the expiration of my deferment in paragraph VI(1)(A) through VI(1)(C)
(2) The Lending Institution may, upon my written request, defer my scheduled repayments if it determines that the deferment is necessary to avoid a financial hardship for me  interest however, will continue to accrue

### VII  CANCELLATION FOR TEACHING

(1) I am entitled to have up to 100 percent of the amount of this loan plus the interest thereon cancelled if I undertake service –
   (A) As a full-time teacher for a complete academic year in a public or other nonprofit elementary or secondary school which is in the school district of a local educational agency which is eligible in such year of service for funds under Chapter I of the Education Consolidation and Improvement Act of 1981, as amended, and which has been designated by the Secretary (after consultation with each State Department of Education) in accordance with the provisions of section 465(a)(2) of the Act as a school with a high concentration of students from low income families  An official Directory of designated low-income schools is published annually by the Secretary
   (B) As a full time teacher of handicapped children (including mentally retarded  hard of hearing  deaf  speech and language impaired, visually handicapped  seriously emotionally disturbed, orthopedically impaired, children with specific learning disabilities, or other health-impaired children, who by reason thereof require special education and related services) in a public or other nonprofit elementary or secondary school system
(2) This loan will be cancelled at the following rates
   (A) 15 percent of the total principal amount of the loan plus interest on the unpaid balance will be cancelled for the first and second complete academic years of that teaching service,
   (B) 20 percent of the total principal amount plus interest on the unpaid balance for the third and fourth complete academic years of that teaching service  and
   (C) 30 percent of the total principal amount plus interest on the unpaid balance for the fifth complete academic year of that teaching service

2948 A/AS-38/YX          (over)          Page 1 of 2

GOVERNMENT EXHIBIT 7

CARDILIS 800-783-0359

VIII HEAD START CANCELLATION

IX MILITARY CANCELLATION

X DEATH AND DISABILITY CANCELLATION

XI CHANGE IN NAME ADDRESS TELEPHONE NUMBER AND SOCIAL SECURITY NUMBER

XII LATE CHARGE

XIII ASSIGNMENT

XIV PRIOR LOANS

I hereby certify that I have listed below all of the Perkins Loans (National Direct Student Loans and National Defense Student Loans) I have obtained at other institutions (If no prior loans have been received state None )

## SCHEDULE OF PERKINS LOANS (NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS) AT OTHER INSTITUTIONS

| AMOUNT | DATE | NAME OF INSTITUTION |
|---|---|---|
| 1 | | |
| 2 None | | |
| 3 | | |

NOTICE TO BORROWER DO NOT SIGN THIS NOTE BEFORE YOU READ IT THE LENDING INSTITUTION MUST SUPPLY TO YOU AND ANY ENDORSER A COPY OF THIS NOTE (This note is signed as a sealed instrument )

SIGNATURE  *David E. Beckford*    Date  9/14  19 86

Permanent Address (Street or Box Number City State and Zip)  1012 N. Avalon   Memphis  Tn.  38107

Social Security Number (borrower must provide)  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

The Lending Institution shall execute this note who t security and without endorsement unless the borrower is a minor and this note would not, under the law of the State in which the Lending Institution is located create a binding obligation. If the borrower is a minor and this note would not therefore, be legally binding the Lending Institution shall require a cosigner to this note

## SUMMARY OF BORROWER'S OBLIGATIONS AND RELATED INFORMATION

1. The Perkins Student Loan (formerly National Direct Student Loan) is a loan It must be repaid Repayment terms are defined in your promissory note
2. The Perkins Loan you receive must be used for educational expenses relating to your costs in attending Washington University
3. Undergraduate students may borrow up to $9,000 for their entire undergraduate study Graduate students may borrow up to $18,000 for undergraduate and graduate study
4. The repayment period begins six months after the student has ceased to be enrolled on a half time tuition Minimum monthly payments are $30 The maximum repayment period is ten years Deferment periods and cancellation provisions are described in the promissory note
5. The interest rate on the Perkins Student Loan is printed on the reverse of this page
6. A borrower defaults on a loan when he or she has entered the repayment period and has failed to maintain payments in accord with the required payment schedule or has failed to comply with the other provisions of the promissory note Students in default are subject to legal action by the Perkins Student Loan lender, its servicing agent or the federal government
7. Perkins Student Loans are provided to students who demonstrate financial need according to standards established by the federal government The total of a student's financial aid including the Perkins Student Loan cannot exceed the student's total educational need figure

DEBT-ID N2002090077591
SSN 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 PREV-SSN
NAME BECKFORD,DAVID,EARL
LOAN TYPE: I  RATE: 09.00%

# WASHINGTON UNIVERSITY
## NATIONAL DIRECT STUDENT LOAN
### PROMISSORY NOTE

00 1-2  410
SS NO 3-11 **431 41 9792**
NAME 12-33 BECKFORD,DAVID E
STREET 34-55  1012 NORTH AVALON
CITY/STATE 56-72 MEMPHIS        TN    ZIP 73-77 38107
SEX 78 M        SCHOOL 79-80 FA

01 1-2  410
SS NO 3-11 **431 41 9792**
FUND 12-17  76529  G    DATE 18-23 122088
AMOUNT FINANCED 24-30 $***850.00

ANNUAL PERCENTAGE RATE 31-35 5% (.05000)

I, BECKFORD,DAVID E                , promise to pay to Washington University, hereinafter called the lending institution, located at St Louis, Missouri the sum of the amounts that are advanced to me and endorsed in the Schedule of Advances set forth below  I promise to pay all attorney's fees and other reasonable collection costs and charges necessary for the collection of any amount not paid when due

### SCHEDULE OF ADVANCES

TUITION  $850.00        DORMS  –0–        OTHER  –0–        INIT DB.    DATE 1/18/89

I further understand and agree that·

#### I  GENERAL
(1) Applicable Law  All sums advanced under this note are drawn from a fund created under Part E of Title IV of the Higher Education Act of 1965, as amended, hereinafter called the Act, and are subject to the Act and the Federal Regulations issued under the Act  The terms of this note shall be interpreted in accordance with the Act and Federal Regulations, copies of which are to be kept by the Institution
(2) Procedures for Receiving Deferment or Cancellation  I understand that in order to receive a deferment or cancellation, I must request the deferment or cancellation in writing from the Institution, and must submit to the Institution any documentation required by the Institution to prove that I qualify for the deferment or cancellation  I further understand that if I am eligible for deferment or cancellation under Articles VI through X, I am responsible for submitting the appropriate requests on time  I further understand that I may lose my deferment and cancellation benefits if I fail to file my request on time

#### II  INTEREST
Interest shall accrue from the beginning of the repayment period and shall be at the ANNUAL PERCENTAGE RATE OF **FIVE** PERCENT ( 5  %) on the unpaid balance, except that no interest shall accrue during any deferment period described in paragraph VI (1)

#### III  REPAYMENT
(1) I promise to repay the principal and the interest which accrues on it to the Institution over a period beginning 6 months after the date I cease to be at least a half-time student at an institution of higher education, or at a comparable institution outside the United States approved for this purpose by the United States Secretary of Education (hereinafter called the Secretary), and ending 10 years later, unless that period is shortened under paragraph III (5), or extended under paragraphs III (4), III (7) (extensions), or VI (1) (deferments)
(2) Upon my written request, the repayment period may start on a date earlier than the one indicated in paragraph III (1)
(3) (A) I promise to repay the principal and interest over the course of the repayment period in equal monthly installments, as determined by the Institution  I understand that if my installment payment for all the loans made to me by the Institution is not a multiple of $5, the Institution may round that payment to the next highest dollar amount that is a multiple of $5
(B) Notwithstanding paragraph III (3) (A), upon my written request, repayment may be made in graduated installments in accordance with a schedule approved by the Secretary
(4) Notwithstanding paragraph III (1), if I qualify as a low-income individual during the repayment period, the Institution, upon my written request, may extend the repayment period for up to an additional 10 years, and may adjust any repayment schedule to reflect my income
(5) (A) If the monthly rate that would be established under paragraph III (1), or the total monthly repayment rate of principal and interest on all my Direct, Defense and Perkins Loans including this loan, is less than $30 per month, I shall repay the principal and interest on this loan at the rate of $30 per month (which includes both principal and interest)
(B) If I have received Direct, Defense and Perkins Loans from other institutions and the total monthly repayment rate on those loans is less than $30, the $30 monthly payment established under subparagraph III (5) (A) includes the amounts I owe on all my outstanding Direct, Defense and Perkins Loans including those received from other institutions  The amount of the $30 monthly payment that will be applied to this loan will be the difference between $30 and the total of the amounts owed at a monthly rate on my other Direct, Defense and Perkins Loans
(6) The Institution may permit me to pay less than the rate of $30 per month for a period of not more than one year where necessary to avoid hardship to me unless that action would extend the repayment period in paragraph III (1)
(7) The Institution may, upon my written request, reduce any scheduled repayments or extend the repayment period indicated in paragraph III (1), if, in its opinion, circumstances such as prolonged illness or unemployment prevent me from making the scheduled repayments  However, interest shall continue to accrue

#### IV  PREPAYMENT
(1) I may, at my option and without penalty, prepay all or any part of the principal, plus any accrued interest thereon, at any time
(2) Amounts I repay in the academic year in which the loan was made will be used to reduce the amount of the loan and will not be considered a prepayment, unless that year is also the year in which I am required to begin repayment on this loan
(3) If I repay more than the amount due for any installment, the excess will be used to prepay principal unless I designate it as an advance payment of the next regular installment

#### V  DEFAULT
(1) The Institution may, at its option, declare my loan to be in default and may demand immediate payment of the entire unpaid balance of the loan, including principal, interest, late charges and collection costs, if –
(A) I do not make a scheduled payment when due under the repayment schedule established by the Institution, and
(B) I do not submit to the Institution, on or before the date on which payment is due, documentation that I qualify for a deferment or cancellation described in Article VI, VII, VIII, IX, and X of this agreement.
(2) I understand that if I default on my loan, the Institution may disclose that I have defaulted, along with other relevant information, to credit bureau organizations
(3) Further, I understand that if I default on my loan and the loan is transferred to the Secretary for collection, the Secretary may disclose that I have defaulted, along with other relevant information, to credit bureau organizations
(4) I understand that if I default on my loan I will then lose my right to defer repayments
(5) I understand that after the Institution accelerates the loan under paragraph V (1), I will then lose my right to receive a cancellation of a portion of my loan for any teaching, volunteer or military service described in Articles VII, VIII, and IX, performed after the date the Institution accelerated the loan
(6) I understand that failure to pay this obligation under the terms agreed upon will prevent my obtaining additional student financial aid authorized under Title IV of the Higher Education Act of 1965, as amended, until I have made arrangements which are satisfactory to the Institution or the Secretary regarding the repayment of the loan

#### VI  DEFERMENT
(1) I understand that upon making a properly documented written request to the Institution, I may defer making scheduled installment payments, and will not be liable for any interest that might otherwise accrue, during the following periods
(A) While I am enrolled and in attendance as at least a half time student at an institution of higher education or at a comparable institution outside the United States approved for this purpose by the Secretary,
(B) For a period of three (3) years during which I am –
   (i) On full time active duty as a member of the Armed Forces of the United States (Army, Navy, Air Force, Marine Corps, or Coast Guard) or as an officer on full time active duty in the Commissioned Corps of the United States Public Health Service
   (ii) A volunteer under the Peace Corps Act
   (iii) A volunteer under the Domestic Volunteer Service Act of 1973 (ACTION programs)
   (iv) A volunteer under a tax exempt organization performing service comparable to the service performed in the Peace Corps or under the Domestic Volunteer Service Act of 1973, or
   (v) Temporarily totally disabled as established by an affidavit of a qualified physician, or unable to secure employment because I am providing care required by my spouse who is so disabled,
(C) For a period not in excess of two (2) years after I receive a baccalaureate or professional degree during which time I am serving in an internship which is required in order that I may receive professional recognition required to begin my professional practice or service, and
(D) During a six (6) month period immediately following the expiration of my deferment in paragraph VI (1) (A) through VI (1) (C)
(2) In addition, the Institution may permit me to defer making scheduled installment payments if it determines that the deferment is necessary to avoid a financial hardship or to me  I will be required to repay interest that accrues during this period of deferment

2946 A/AS-39/YX                                    (over)

GOVERNMENT EXHIBIT 8
CARDILL 800-783-0399

Page 1 of 2
RS1

VII ...

(1) I understand that upon making a properly ... service
(A) As a full time teacher in a public ... of the Education Consolidation and Improvement Act of ... the provisions of section 465(a)(2)(A) of the Act ...
(B) As a full time teacher of handicapped children ... orthopedically impaired ... have special ... special education and related services in a public or other ... or secondary school system
(2) A portion of this loan will be cancelled for each completed ...
(A) 15 percent of the total principal amount ... first and second complete academic year ... service
(B) 20 percent of the total principal ... third complete academic year ...
(C) 30 percent of the total principal ... complete academic year ...

VIII HEAD START CANCELLATION

(1) I understand that upon making a proper ... of the amount of ... as a full time staff member in a Head Start program ...
(A) That Head Start program is operated for a period which ...
(B) My salary is not more than the salary ...
(2) This loan will be cancelled at the rate of ... percent ... during that year ... complete school year or equivalent ... in a Head Start program
(3) Head Start is a preschool program ...

IX MILITARY CANCELLATION

(1) I understand that upon making a proper ... of the principal amount of this loan plus ... as a member of the Armed Forces of the United States ... 31 of Title 37 of the United States Code
(2) This loan will be cancelled at the rate of ... percent ... accrued during that year ... of such service

X DEATH AND DISABILITY CANCELLATION

(1) In the event of my death this loan ...
(2) If I become totally and permanently disabled ... cancel ...

XI CHANGE OF NAME, ADDRESS, TELEPHONE NUMBER AND SOCIAL SECURITY NUMBER

I am responsible and any cosigner ... telephone number or Social Security number

XII LATE CHARGE

(1) The Institution will impose a late charge ...
(A) I do not make a scheduled payment when ...
(B) I do not submit to the Institution on or before the due date ... cancellation defined in Articles VI, VII, VIII, IX and X of this agreement
(2) No charge may exceed twenty (20) percent of my monthly ...
(3) (A) The Institution may
(i) Add the late charge to the principal ...
(ii) Include it with the next scheduled ...
(B) If the Institution elects to add the ... the due date of the next installment

XIII ASSIGNMENT

(1) This note may be assigned by the Institution only to
(A) The United States
(B) Another institution upon my transfer to that institution ...
(C) Another institution approved by the Secretary
(2) The provisions of this note that relate to the Institution ...

XIV PRIOR LOAN

I hereby certify that I have listed below ... loans I have obtained ... (state None)

SCHEDULE OF PERKINS LOANS NATIONAL DIRECT STUDENT LOANS AND NATIONAL DEFENSE STUDENT LOANS AT OTHER INSTITUTIONS

| AMOUNT | DATE | NAME OF INSTITUTION |
|---|---|---|
| None | | |

NOTICE TO BORROWER DO NOT SIGN THIS NOTE BEFORE ... COPY OF THIS NOTE TO YOU AND ANY COSIGNER

Signature: [signature] Date: 11/8/89

Permanent Address (Street or Box No ...) ...

Social Security Number (Borrower ...) 410-...

The borrower and institution shall ... create a binding obligation ... this note

**SUMMARY OF BORROWER S OBLIGATIONS AND RELATED INFORMATION**

1 The National Direct Student Loan ...
2 The National Direct Student Loan you ... University
3 Undergraduate students may borrow ... for undergraduate and graduate study ...
4 The repayment period begins ... $30 ... periods and cancellation provisions ...
5 The interest rate on the National Direct Student Loan ...
6 A borrower defaults on a loan when ... failed to comply with the other provisions of the promissory note. Students in default ... federal government
7 National Direct Student Loans are provided to students ... by the federal government. The total of student financial aid including the National Direct Student Loan cannot exceed the student ...

## U. S. DEPARTMENT OF EDUCATION
### SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #1 OF 2

DAVID EARL BECKFORD
AKA DAVID BECKFORD
AKA DAVID E BECKFORD
5261 DELMAR BLVD STE 205
SAINT LOUIS, MO 63108
Account No. XXXXX9792

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 11/15/17.

On or about 08/23/85, 01/13/86, 08/28/86, 01/21/87, 10/16/87, 01/15/88, 09/14/88, & 01/18/89, the BORROWER executed promissory note(s) to secure loan(s) of $750.00, $750.00, $750.00, $750.00, $600.00, $600.00, $850.00, & $850.00 from WASHINGTON UNIVERSITY at 9.0 % interest per annum. The institution made the loan under the Federally-funded National Defense/Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa et seq. (34 C.F.R. Part 674). The institution demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 10/02/90. Due to this default, the institution assigned all rights and title to the loan to the Department of Education.

After the institution credited all cancellations due and payments received, the BORROWER owed the school $5,608.00 principal and $741.58 interest. This principal and interest, together with any unpaid charges, totaled $6,349.58. The loan was assigned to the Department on 03/06/02.

Since assignment of the loan, the Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $5,608.00 |
| Interest: | $8,684.43 |
| Total debt as of 11/15/17: | $14,292.43 |

Interest accrues on the principal shown here at the rate of $1.38 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12 / 14 / 17

_____
Loan Analyst
Litigation Support Unit

Philippe Guillon
Loan Analyst



JUL 2 9 2003

**Borrower's Name: DAVID E BECKFORD**
**Borrower's Social Security Number: 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**

-REPAYMENT PLAN SELECTION

Carefully read question #5, "What are my repayment plan options?," on the "Frequently Asked Questions" Page to understand the repayment plans available to you. Then, complete this section to select your repayment plan. Remember--

- All student loans must be repaid under the same repayment plan. Parent PLUS loans may be repaid under a different repayment plan.
- If you select the Income Contingent Repayment Plan, you must complete the "Repayment Plan Selection" AND "Income Contingent Repayment Plan Consent to Disclosure of Tax Information" forms. Both forms can be downloaded from the "Forms and Publications" Page. **Your selection cannot be processed without these forms.**
- **If you want to consolidate a defaulted student loan(s) and you have not made a satisfactory repayment arrangement with your current holder(s), you must select the Income Contingent Repayment Plan.**

Place an "X" in the box that corresponds to your repayment plan selection for each loan type. Note that Direct PLUS Consolidation Loans cannot be repaid under the Income Contingent Repayment Plan.

|  |  | Income Contingent | Standard | Extended | Graduated |
|---|---|---|---|---|---|
| **STUDENT LOANS** | *Direct Subsidized and Unsubsidized Consolidation Loans:* | X |  |  |  |
| **PARENT LOANS** | *Direct Plus Consolidation Loans:* | N/A |  |  |  |

## PROMISSORY NOTE

**Promise to Pay:**

I promise to pay to the U.S. Department of Education (ED) all sums (hereafter "loan" or "loans") disbursed under the terms of this Promissory Note (note) to discharge my prior loan obligations, plus interest, and other fees that may become due as provided in this note. If I fail to make payments on this note when due, I will also pay collection costs including but not limited to attorney's fees and court costs. If ED accepts my application, I understand that ED will on my behalf send funds to the holder(s) of the loan(s) selected for consolidation in order to pay off this loan(s). I further understand that the amount of this loan will equal the sum of the amount(s) that the holder(s) of the loan(s) verified as the payoff balance(s) on that loan(s) selected for consolidation. My signature on this note will serve as my authorization to pay off the balance(s) of the loan(s) selected for consolidation as provided by the holder(s) of such loan(s).

This amount may be more or less than the estimated total balance I have indicated in the Loan Information Section. Further, I understand that if any collection costs are owed on the loans selected for consolidation, these costs may be added to the principal balance of the consolidation loan.

I understand that this is a Promissory Note. I will not sign this note before reading it, including the text on the reverse side, even if I am advised not to read the note. I am entitled to an exact copy of this note and a statement of the Borrower's Rights and Responsibilities. My signature certifies that I have read, understand, and agree, to the terms and conditions of this note, including the Borrower Certification and Authorization printed on the reverse side and the Borrower's Rights and Responsibilities.

If consolidating jointly with my spouse, we agree to the same terms and conditions contained in the Borrower Certification and Authorization. In addition, we confirm that we are legally married to each other and understand and agree that we are and will continue to be held jointly and severally liable for the entire amount of the debt represented by the Federal Direct Consolidation Loan without regard to the amounts of our individual loan obligations that are consolidated and without regard to any change that may occur in our marital status. We understand that this means that one of us may be required to pay the entire amount due if the other is unable or refuses to pay. We understand that the Federal Direct Consolidation Loan we are applying for will be cancelled only if both of us qualify for cancellation. We further understand that we may postpone repayment of the loan only if we provide ED with written requests that confirm Federal Direct Consolidation Loan Program deferment or forbearance eligibility for both of us at the same time.

**I UNDERSTAND THAT THIS IS A FEDERAL LOAN THAT I MUST REPAY.**

_____         7-14-03
Signature of Borrower                                              Date

_____         _____
Signature of Spouse(if consolidating jointly)                Date


GOVERNMENT EXHIBIT
10
CARDELS 800-783-0399

## U. S. DEPARTMENT OF EDUCATION
### SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #2 OF 2

DAVID EARL BECKFORD
AKA DAVID E BECKFORD
5261 DELMAR BLVD STE 205
SAINT LOUIS, MO 63108
Account No. XXXXX9792

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 11/15/17.

On or about 07/14/03, the BORROWER executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $26,486.03 on 08/15/03 at 4.25% interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 07/03/04. Pursuant to 34 C.F.R. § 685.202(b), a total of $0.00 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $0.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

| | |
|---|---|
| Principal: | $26,486.03 |
| Interest: | $16,048.17 |
| Total debt as of 11/15/17: | $42,534.20 |

Interest accrues on the principal shown here at the rate of $3.08 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/17

Loan Analyst
Litigation Support Unit

Philippe Guillon
Loan Analyst



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF                    )
AMERICA                ,            )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    Case No.
                                    )
DAVID EARL BECKFORD,                )
a/k/a DAVID E. BECKFORD ,           )
                                    )
            Defendant,              )
                                    )

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY
WHEN INITIATING A NEW CASE.**

☐       THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS

PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____

AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐       THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY

PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND

THAT CASE WAS ASSIGNED TO THE HONORABLE _____.  THIS CASE MAY,

THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒       NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT

COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE

MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: __1/24/18__

_____
        Signature of Filing Party
JOSHUA M. JONES #61988MO
Assistant United States Attorney

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMEIRCA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joshua M. Jones, Assistant United States Attorney
111 South 10th Street, Suite 20.333
St. Louis, MO 63102, (314) 539-2310

## DEFENDANTS

David E. Beckford, 5261 Delmar Blvd., Suite 205, St. Louis, MO 63108

County of Residence of First Listed Defendant   St. Louis City
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government Plaintiff

☐ 2   U.S. Government Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☒ 152 Recovery of Defaulted | Liability / ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 190 Other Contract | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Product Liability | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | Medical Malpractice | Leave Act | | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | Income Security Act | or Defendant) | Act/Review or Appeal of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 530 General | | | State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other / ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title IV, Part D, amended 20 U.S.C. 1087a.  et seq. (34 C.F.R. Part 685) & Title IV-E, amended 20 U.S.C. 1087aa et seq. (34 C.F.R. Part 674)
Brief description of cause:
Defaulted student loans

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
52,926.63

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  1/24/18

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| DAVID EARL BECKFORD, a/k/a DAVID E. BECKFORD | ) | |
| *Defendant* | ) | |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To:   DAVID E. BECKFORD, 5261 DELMAR BLVD., SUITE 205, ST. LOUIS, MO 63108

*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*